IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUILLERMO GUERRERO, an Individual,

    Plaintiff/Petitioner,

v.

COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; THE SHERIFF OF THE ALAMEDA COUNTY SHERIFF'S DEPARTMENT, GREGORY J. AHERN; DEPUTY SHERIFF G. STEVENS; and DOES 1 through 10, Inclusive,

    Defendants/Respondents.

No. C 18-02379 WHA

**ORDER RE PETITION FOR RELIEF FROM CALIFORNIA GOVERNMENT CODE § 945.4 AND SETTING INITIAL CASE MANAGEMENT CONFERENCE**

This application for relief from California Government Code 945.4 shall be treated for the time being as an excessive force case under Section 1983 of Title 42 of the United States Code. Counsel for plaintiff shall promptly serve the summons and complaint (amended petition) on all defendants. A case management conference is hereby set for **JULY 19, 2018, AT 11:00 A.M.** A joint case management statement is due by July 12, 2018.

Plaintiff's counsel has the responsibility to effect proper service well before the case management conference in order to give all parties a proper chance to prepare. This order does not reach the merits of the amended petition concerning California Government Code 945.4

nor does it reach the merits of the 1983 claim. At the case management conference, counsel shall assist the Court in coming up with a plan for resolving this case.

**IT IS SO ORDERED.**

Dated: May 31, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE