| | |
|---|---|
| Sandra R. Romero, State Bar No. 253275<br>RUVALCABA \| ROMERO<br>1082 E. Meta Street<br>Ventura, California 93001<br>Telephone: (805) 233-3273<br>Facsimile: (805) 275-1061<br>Email: sromero@romerolaw.us | Michael C. Wenzel, State Bar No. 215388<br>Amy L. Halby, State Bar No. 287216<br>Heidi G. Kim, State Bar No. 306641<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile: (415) 353-0990<br>Email: mwenzel@bfesf.com<br>            ahalby@bfesf.com<br>            hkim@bfesf.com |
| Attorneys for Plaintiff<br>GUILLERMO GUERRERO | Attorneys for Defendants<br>COUNTY OF ALAMEDA and<br>DEPUTY SHERIFF G. STEVENS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GUERRERO,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 3:18-cv-02379-WHA<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER**<br><br><br><br>**Hon. William H. Alsup** |

## STIPULATION

Defendants COUNTY OF ALAMEDA and DEPUTY SHERIFF G. STEVENS and plaintiff GUILLERMO GUERRERO, by and through their respective attorneys of record, hereby stipulate as follows:

1. By telephone conference held on August 28, 2018, the Settlement Conference before Magistrate Judge Donna M. Ryu was set for November 30, 2018.

2. The parties respectfully request that the Settlement Conference be rescheduled in order to permit the parties to engage in required pre-conference discovery which has been delayed due to the availability of the parties and counsel, and which has inhibited the scheduling of plaintiff's deposition.

1

Absent a continuance, the parties will be unable to meaningfully participate in the conference.

3. For all the good cause reasons stated above, the parties respectfully request this Court continue the Settlement Conference from November 30, 2018 to January 14, 2019. Defense counsel has contacted Courtroom Deputy Doug Merry and was advised of the availability of the new date, January 14, 2019, for the Settlement Conference.

4. The parties were referred for a settlement conference by their assigned Judge (Hon. William H. Alsup) but no current deadline exists to complete same.

5. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated: October 25, 2018     RUVALCABA | ROMERO


By: ___*/s/ Sandra Romero*___
    Sandra Romero
    Attorneys for Plaintiff
    GUILLERMO GUERRERO

Dated: October 25, 2018     BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By: ___*/s/ Michael C. Wenzel*___
    Michael C. Wenzel
    Amy L. Halby
    Heidi G. Kim
    Attorneys for Defendants
    COUNTY OF ALAMEDA and DEPUTY SHERIFF
    G. STEVENS

**ELECTRONIC CASE FILING ATTESTATION**

I, Michael W. Wenzel, am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

By: ___*/s/ Michael C. Wenzel*___
    Michael C. Wenzel

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties having stipulated to the same, the parties' stipulation is hereby APPROVED. The Settlement Conference currently scheduled for November 30, 2018 is continued to January 14, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 26, 2018

DONNA M. RYU
United States Magistrate Judge